# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

August 20, 2020

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: Donald J. Trump, President of the United States, et al. v. Knight First Amendment Institute at Columbia University, et al.
No. 20-197
(Your No. 18-1691-cv)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 20, 2020 and placed on the docket August 20, 2020 as No. 20-197.

Sincerely,

**Scott S. Harris**, Clerk

by

Nicholas D'Amico
Case Analyst