S.D.N.Y.
17-cv-5205
Buchwald, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of May, two thousand twenty-one.

Present:
    Barrington D. Parker,
    Steven J. Menashi,
        *Circuit Judges*.*

---

KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY, ET AL.,

    *Plaintiffs-Appellees*,

v.

18-1691

JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, ET AL.,

    *Defendants-Appellants*.†

---

IT IS HEREBY ORDERED that this case is DISMISSED as moot consistent with the decision of the Supreme Court of the United States in *Biden v. Knight First Amendment Inst. at Columbia Univ.*, 141 S. Ct. 1220 (2021).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

---

* Judge Peter W. Hall, originally a member of the panel, died on March 11, 2021. Judge Christopher F. Droney, originally a member of the panel, retired from the bench on December 31, 2019. Judge Steven J. Menashi was added to the panel. *See* 2d Cir. IOP E(b). The two members of the panel, who are in agreement, have determined the matter. *See* 28 U.S.C. § 46(d); *United States v. Desimone*, 140 F.3d 457, 458-59 (2d Cir. 1998).

† The Clerk of Court is directed to amend the caption as set forth above.